in maintaining order and discipline, Krist v. Smith, 5 Cir., 1971, 439 F.2d 146; Haggerty v. Wainwright, 5 Cir., 1970, 427 F.2d 1137; Conklin v. Wainwright, 5 Cir., 1970, 424 F.2d 516, cert. denied 400 U.S. 965, 91 S.Ct. 376, 27 L. Ed.2d 385; Graham v. Willingham, 10 Cir., 1967, 384 F.2d 367.

The judgment of the District Court is Affirmed.

William K. Christovich, New Orleans, La., for defendants-appellees.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**Rowan R. BAILEY, Plaintiff-Appellant,**

v.

**ROWAN DRILLING COMPANY, Inc., et al., Defendants-Appellees.**

No. 71–2052

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 13, 1971.

Donald V. Organ, New Orleans, La., for plaintiff-appellant.

**CITY OF GAINESVILLE, GEORGIA, Plaintiff-Appellee-Cross Appellant,**

v.

**SOUTHERN RAILWAY COMPANY, Defendant-Appellant-Cross Appellee.**

No. 29758.

United States Court of Appeals, Fifth Circuit.

Sept. 2, 1971.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.